COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR REHEARING

Appellate case name:     Andrew Whallon, Dahlia Garcia and Richard Grayshaw v. City of
Houston

Appellate case number:   01-11-00333-CV

Trial court case number: 0851588

Trial court:             270th District Court of Harris County

Date motion filed:       March 10, 2015

Party filing motion:     Appellant Andrew Whallon

It is ordered that the motion for extension of time is ☐ **DENIED**   ☐ **GRANTED**

☒ **DISMISSED**

Judge's signature: _____/s/ Sherry Radack_____
☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings and Keyes

Date: April 9, 2015